UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CORWIN LENNIX**<br>    Plaintiff | * | |
| | * | **2:21-CV-00708** |
| Vs. | * | **JUDGE: MORGAN** |
| | * | |
| **PINNACLE POLYMERS**<br>    Defendant | * | **MAG: DOUGLAS** |

## ORDER

Considering the foregoing Joint Motion to Dismiss (R. Doc. 10):

**IT IS HEREBY ORDERED** that the motion is **GRANTED.** The claims and causes of action herein by Plaintiff, Corwin Lennix, against Defendant, Pinnacle Polymers, LLC, be and are hereby **DISMISSED**, without limit, said dismissal to be with prejudice and each party to bear their own costs.

New Orleans, Louisiana this 24th day of March, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**